UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENRIQUE SANCHEZ MORALES,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No. 25-1429

Agency No.
A077-763-930

ORDER

There is a genuine factual dispute over petitioner's place of birth, and therefore a genuine issue of material fact exists as to his claim to United States citizenship. Accordingly, we hold the petition for review in abeyance and transfer the proceeding to the United States District Court for the Southern District of California for "a new hearing on the nationality claim." 8 U.S.C. § 1252(b)(5)(B); *see Ayala-Villanueva v. Holder*, 572 F.3d 736, 740 (9th Cir. 2009).

Respondent's motion to submit this case on the briefs (Dkt. No. 25) is denied as moot. Submission is deferred. The Clerk shall administratively close the docket pending further order. No mandate shall issue, and the temporary stay of removal pursuant to General Order 6.4c shall continue in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT